# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>              Plaintiff,<br><br>    v.<br><br>1233 S. HOPE, INC., *et al*.,<br><br>              Defendants. | Case No. 2:25-cv-10136-FLA (MBKx)<br><br>**ORDER DISMISSING ACTION [DKT. 19]** |

1

1  On January 28, 2026, Plaintiff Guri Gonzalez filed a Notice of Dismissal,
2  dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 19.  Having
3  considered the Notice of Dismissal and finding good cause therefor, the court hereby
4  ORDERS:
5      1. All dates and deadlines governing this action are VACATED.  The
6         court's January 14, 2026 Order to Show Cause (Dkt. 18) is
7         DISCHARGED.
8      2. The court DISMISSES the action without prejudice.

10  IT IS SO ORDERED.

12  Dated: January 29, 2026

                              FERNANDO L. AENLLE-ROCHA
                              United States District Judge